IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JALON D. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:21-cv-624-ECM |
| ) | (WO) |
| JOY BOOTH and BEN A. FULLER, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On October 12, 2021, the Magistrate Judge entered a Recommendation, (doc. 4), to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge, (doc. 4), is ADOPTED;

2. the claims against Judges Booth and Fuller are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);

3. any claims challenging the constitutionality of the Plaintiff's pending state court cases and seeking injunctive or declaratory relief with respect to those cases are DISMISSED without prejudice under the *Younger*[1] abstention doctrine; and

4. this case is DISMISSED.

---

[1] *Younger v. Harris*, 401 U.S. 37 (1971).

A separate Final Judgment will be entered.

Done this 8th day of November, 2021.

                                          /s/ Emily C. Marks  
                              EMILY C. MARKS  
                              CHIEF UNITED STATES DISTRICT JUDGE